## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
## MIAMI DIVISION

Case No.: 15-00101-AJC

| | |
|---|---|
| CHRIS KOSACHUK, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| 9197-5904 QUEBEC, INC., A Canadian | ) |
| Corporation | ) |
| | ) |
| Defendant, | ) |
| | ) |

### CERTIFICATE OF SERVICE

I hereby certify that the attached document is being served this 8th day of May, 2015, on the individuals identified below via regular mail and e-mail:

Elizabeth Hazan
9197-5904 Quebec, Inc.
6913 Valencia Drive
Fisher Island, FL 33109
Elizabethhazan1@aol.com

Raymond Houle
9197-5904 Quebec, Inc.
6913 Valencia Drive
Fisher Island, FL 33109
Raymond.houle@gmail.com
Raymond.houle1@gmail.com

Raymond Houle
9197-5904 Quebec, Inc.
5552 Queen Mary Road, Suite 4
Montreal, Q.C. H3C 1H6

Raymond Houle
9197-5904 Quebec, Inc.
5552 Queen Mary Road, Suite 4
Hampstead, Q.C. H3X 1V9

Arthur R. Rosenberg, Esq.
ROSENBERG & PINSKY
6499 North Powerline Road
Suite 304
Fort Lauderdale, FL 33309
Tel: (954) 772-5151
Fax: (954) 772-4224
arr@arrosenberg.com
*Counsel for 9197-5904 Quebec, Inc.*

Mark Cohen, Esq.
4000 Hollywood Blvd
Suite 435 South
Tel: (954) 962-1166
Fax: (954) 962-1779
Hollywood, FL 33012
mdcohenpa@yahoo.com
*Counsel of Record for 9197-5904 Quebec, Inc.*

Ray Garcia, Esq.
LAW OFFICE OF RAY GARCIA, P.A.
14850 SW 26TH STREET, SUITE 204
MIAMI, FLORIDA 33185
Tel: (305) 227-4030
Fax: (305) 223-9811
rgarcia@raygarcialaw.com
*Counsel for SRS Techonologies Professionals, LLC as Assignee of 9197-5904 Quebec, Inc.*

        **CHRIS KOSACHUK**

By: */s/ Chris Kosachuk*
    Chris Kosachuk
    854 Pheasant Run Road
    West Chester, PA 19382
    (305) 490-5700 (telephone)
    chriskosachuk@gmail.com

*Pro Se Plaintiff*

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re                                              Chapter 7
Christopher Kosachuk A/K/A Chris Kosachuk
Debtor                                             Bankruptcy No. 12-16438-JKF

### CERTIFICATION OF JUDGMENT FOR
### REGISTRATION IN ANOTHER DISTRICT

I, Timothy B. McGrath, Clerk of the Bankruptcy Court of this district do certify that the attached judgment is a true and correct copy of the original judgment entered in the above entitled proceeding on March 24, 2015 as it appears of record in my office, and that:

(X)     No notice of appeal from this judgment has been filed, and no motion of the kind set forth in Federal Rule of Civil Procedure 60, as made applicable by Bankruptcy Rule 9024, has been filed.

( )     No notice of appeal from this judgment has been filed, and any motions of the kind set forth in Federal Rule of Civil Procedure 60, as made applicable by Bankruptcy Rule 9024, have been disposed of, the latest order disposing of such a motion having been entered on .

( )     An appeal was taken from this judgment, and the judgment was affirmed by mandate of the issued on .

( )     An appeal was taken from this judgment, and the appeal was dismissed by order entered on .

Timothy B. McGrath
CLERK

By: Freda Ford

5/5/15
Date                                               Deputy Clerk

# IN THE UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | : DISMISSED CHAPTER 7 INVOLUNTARY |
| | : |
| CHRISTOPHER KOSACHUK, a.k.a. CHRIS KOSACHUK | : CASE NO. 12-16438(JKF) *SEALED* |

A TRUE COPY CERTIFIED
TO FROM THE RECORD
DATED: 4/29/15
ATTEST: _____
Deputy Clerk
U.S. Bankruptcy Court

## ORDER AND FINAL JUDGMENT

Upon consideration of the Motion of Christopher Kosachuk to Declare this Involuntary Bankruptcy Petition a Bad Faith Filing, for Costs, Compensatory and Punitive Damages, to Seal the Records and Sanctions (the "Motion") with respect to 9197-5904 Quebec, Inc. and the arguments of counsel and evidence admitted at the trial conducted before this Court on March 18, 2015, it is **ORDERED, ADJUDGED AND DECREED**:

1. The Motion is **GRANTED** as to 9197-5904 Quebec, Inc. without effect on the Motion as to the claims asserted and relief sought in the Motion against Darius A. Marzec, Esq.

2. Final Judgment for monetary sanctions in the amount of $192,173.71 pursuant to 11 U.S.C. §§ 105(a) and 303(i)(1), representing the reasonable costs and attorneys' fees incurred by Mr. Kosachuk in this matter, is awarded to Chris Kosachuk against 9197-5904 Quebec, Inc., plus prejudgment interest and post judgment interest at the federal judgment rate of interest.

3. Final Judgment for monetary sanctions in the amount of $160,968.55 pursuant to 11 U.S.C. § 303(i)(2)(B) and this Court's inherent powers, representing punitive damages, is awarded to Chris Kosachuk against 9197-5904 Quebec, Inc., plus prejudgment interest and post judgment interest at the federal judgment rate.

118113055_1

4.  Final Judgment pursuant to 11 U.S.C. § 105(a) and this Court's inherent powers, is awarded to Chris Kosachuk that the indebtedness of Chris Kosachuk with respect to that certain judgment issued by the Supreme Court, County of New York, under Index No. 103896/2004 in favor of Eugenia Lorret and against Chris Kosachuk in the sum of $150,732.45 accounting for $108,293.54, plus interest of $41,388.91 from November 25, 2002, plus costs of $1,050, and which judgment was thereafter modified and reduced on May 12, 2008 to the sum amount of $48,293.54, plus costs of $1,050, plus interest from November 25, 2002, and which judgment was assigned to 9197-5904 Quebec, Inc. on December 15, 2009 by Assignment of Judgment, and which judgment was further assigned to SRS Techonologies Professionals, LLC by Assignment of Judgment, dated February 10, 2014, Index No. 103896/2004, and Corrected Assignment of Judgment, dated February 10, 2014, is hereby cancelled nunc pro tunc to July 6, 2012.

5.  This Final Judgment may be recorded as a matter of public record.

6.  This Final Judgment is effective immediately upon entry and this Court shall retain jurisdiction to, among other things, interpret, implement, and enforce the terms and provisions of this Order and Final Judgment.

7.  Chris Kosachuk shall be entitled to writs of execution and all other legal process to enforce this Final Judgment permitted by Federal Rules of Bankruptcy Procedure, the Federal Rules of Civil Procedure and applicable law.

March 24th 2015

BY THE COURT:

The Honorable Jean K. FitzSimon
United States Bankruptcy Judge

118113055_1