

**ORDERED in the Southern District of Florida on December 21, 2018.**

_____
**A. Jay Cristol, Judge**
**United States Bankruptcy Court**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In re:

CHRISTOPHER KOSACHUK a/k/a            Misc. Pro. No. 15-101-BKC-AJC
CHRIS KOSACHUK,

    Alleged Debtor.
_____/

### ORDER DIRECTING CLERK OF COURT CLOSE THIS CASE

THIS CAUSE came before the Court *sua sponte*. This case was commenced upon the filing of the *Certification of Judgment for Registration in Another District* and has been pending with no activity since that filing. It appears to the Court there is nothing further to be done in this case and this matter should be closed. Accordingly, it is

ORDERED AND ADJUDGED that the Clerk of Court is directed to close same.

###

Copies furnished by the Clerk of Court to all parties.