United States Bankruptcy Court
Southern District of Florida

In re:                                                              Case No. 15-00101-AJC
Kosachuk
       Debtor

## CERTIFICATE OF NOTICE

District/off: 113C-1          User: valenciay          Page 1 of 1          Date Rcvd: Dec 21, 2018
                              Form ID: pdf004          Total Noticed: 10

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 23, 2018.
ust           +United States Trustee - FTM7/13,    Timberlake Annex, Suite 1200,    501 E Polk Street,
                Tampa, FL 33602-3949
ust           +United States Trustee - TPA7/13,    Timberlake Annex, Suite 1200,    501 E Polk Street,
                Tampa, FL 33602-3949

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
ust           +E-mail/Text: USTPRegion21.MM.ECF@usdoj.gov Dec 22 2018 02:55:06     Office of the US Trustee,
                51 S.W. 1st Ave.,   Suite 1204,   Miami, FL 33130-1614
ust           +E-mail/Text: USTPRegion03.WL.ECF@USDOJ.GOV Dec 22 2018 02:55:18     U.S. Trustee,
                Office of the United States Trustee,   J. Caleb Boggs Federal Building,
                844 King Street, Suite 2207,   Lockbox 35,   Wilmington, DE 19801-3519
ust           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Dec 22 2018 02:55:19     U.S. Trustee.,
                US Dept of Justice,   Office of the US Trustee,   One Newark Center Ste 2100,
                Newark, NJ 07102-5235
ust           +E-mail/Text: ustpregion21.at.ecf@usdoj.gov Dec 22 2018 02:55:08
                United States Trustee (cabrera),   Office of the United States Trustee,
                75 Ted Turner Dr., Suite 362,   Atlanta, GA 30303-3330
ust           +E-mail/Text: ustp.region21.or.ecf@usdoj.gov Dec 22 2018 02:54:33
                United States Trustee (davis),   Office of the United States Trustee,
                George C Young Federal Building,   400 West Washington Street, Suite 1100,
                Orlando, FL 32801-2210
ust           +E-mail/Text: ustp.region21.or.ecf@usdoj.gov Dec 22 2018 02:54:33
                United States Trustee - (ennever),   Office of the United States Trustee,
                George C Young Federal Building,   400 West Washington Street, Suite 1100,
                Orlando, FL 32801-2210
ust           +E-mail/Text: ustp.region21.or.ecf@usdoj.gov Dec 22 2018 02:54:33
                United States Trustee - ORL,   Office of the United States Trustee,
                George C Young Federal Building,   400 West Washington Street, Suite 1100,
                Orlando, FL 32801-2210
ust           +E-mail/Text: ustp.region21.or.ecf@usdoj.gov Dec 22 2018 02:54:33
                United States Trustee - ORL7/13,   Office of the United States Trustee,
                George C Young Federal Building,   400 West Washington Street, Suite 1100,
                Orlando, FL 32801-2210
                                                                                              TOTAL: 8

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
db              Christopher Kosachuk
ust*           +United States Trustee - ORL7/13,   Office of the United States Trustee,
                George C Young Federal Building,   400 West Washington Street, Suite 1100,
                Orlando, FL 32801-2210
                                                                                   TOTALS: 1, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 23, 2018                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 21, 2018 at the address(es) listed below:
NONE.                                                                                          TOTAL: 0



ORDERED in the Southern District of Florida on December 21, 2018.

_____
**A. Jay Cristol, Judge**
**United States Bankruptcy Court**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In re:

CHRISTOPHER KOSACHUK a/k/a                Misc. Pro. No. 15-101-BKC-AJC
CHRIS KOSACHUK,

    Alleged Debtor.
_____/

### ORDER DIRECTING CLERK OF COURT CLOSE THIS CASE

THIS CAUSE came before the Court *sua sponte*. This case was commenced upon the filing of the *Certification of Judgment for Registration in Another District* and has been pending with no activity since that filing. It appears to the Court there is nothing further to be done in this case and this matter should be closed. Accordingly, it is

ORDERED AND ADJUDGED that the Clerk of Court is directed to close same.

###

Copies furnished by the Clerk of Court to all parties.