UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

FILED-USBC, FLS-MIA
'24 NOV 27 PM 12:07

Case No.: 15-mp-101-AJC

| | |
|---|---|
| CHRISTOPHER KOSACHUK, | ) |
| | ) |
| Plaintiff/Judgment Creditor, | ) |
| | ) |
| v. | ) |
| | ) |
| 9197-5904 QUEBEC, INC., | ) |
| | ) |
| Defendant/Judgment Debtor, | ) |
| | ) |

## MOTION FOR WRIT OF EXECUTION

Plaintiff/Judgment Creditor Christopher Kosachuk, *pro se*, hereby moves for the Clerk to issue a writ of execution in this case against Defendant Judgment Debtor 9197-5904 Quebec, Inc., for the Final Judgment in the total principal amount of $1,153,142.26, consisting of the monetary sanctions in the amount of $192,173.71 for costs and legal fees incurred by Mr. Kosachuk [*See* Doc. 1 ¶2] and for the monetary sanctions in the amount of $960,968.55 representing punitive damages [*See* Doc. 1 ¶3] entered on March 24, 2015, and along with post judgment interest from March 25, 2015 until November 26, 2024 in the amount of $28,202.03, and per diem interest at the rate of $8.07 going forward until December 31, 2024 when the interest will be compounded annually as authorized under the statute. The total amount due through November 26, 2024 is $1,181,344.29.

| | |
|---|---|
| Dated: November 27, 2024 | Christopher Kosachuk<br>*Pro Se Movant, Plaintiff & Judgment Creditor*<br>854 Pheasant Run Rd.<br>West Chester, PA 19382-8144 |

|  | (305) 490-5700 <br> chriskosachuk@gmail.com |
|---|---|

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of foregoing was hand delivered to the Clerk of Court who will electronically file it and serve it upon all parties of record as indicated on this 27th day of November, 2024.

|  | Christopher Kosachuk <br> *Pro Se Movant, Plaintiff & Judgment Creditor* <br> 854 Pheasant Run Rd. <br> West Chester, PA 19382-8144 <br> (305) 490-5700 <br> chriskosachuk@gmail.com |
|---|---|

## SERVICE LIST

### Via CM/ECF/Email/First Class Mail

9197-5904 Quebec, Inc.
6913 Valencia Drive
Fisher Island, FL 33109

## IN THE UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                  : DISMISSED CHAPTER 7 INVOLUNTARY
                                                        :
                                                        : CASE NO. 12-16438(JKF) *SEALED*
CHRISTOPHER    KOSACHUK,    a.k.a.                      :
CHRIS KOSACHUK                                          :
                                                        :
                                                        :

A TRUE COPY CERTIFIED
TO FROM THE RECORD
DATED: 4/29/15
ATTEST: _____
Deputy Clerk
U. S. Bankruptcy Court

### ORDER AND FINAL JUDGMENT

Upon consideration of the Motion of Christopher Kosachuk to Declare this Involuntary Bankruptcy Petition a Bad Faith Filing, for Costs, Compensatory and Punitive Damages, to Seal the Records and Sanctions (the "Motion") with respect to 9197-5904 Quebec, Inc. and the arguments of counsel and evidence admitted at the trial conducted before this Court on March 18, 2015, it is **ORDERED, ADJUDGED AND DECREED**:

1. The Motion is **GRANTED** as to 9197-5904 Quebec, Inc. without effect on the Motion as to the claims asserted and relief sought in the Motion against Darius A. Marzec, Esq.

2. Final Judgment for monetary sanctions in the amount of $192,173.71 pursuant to 11 U.S.C. §§ 105(a) and 303(i)(1), representing the reasonable costs and attorneys' fees incurred by Mr. Kosachuk in this matter, is awarded to Chris Kosachuk against 9197-5904 Quebec, Inc., plus prejudgment interest and post judgment interest at the federal judgment rate of interest.

3. Final Judgment for monetary sanctions in the amount of $960,968.55, pursuant to 11 U.S.C. § 303(i)(2)(B) and this Court's inherent powers, representing punitive damages, is awarded to Chris Kosachuk against 9197-5904 Quebec, Inc., plus prejudgment interest and post judgment interest at the federal judgment rate.

118113055_1

4.    Final Judgment pursuant to 11 U.S.C. § 105(a) and this Court's inherent powers, is awarded to Chris Kosachuk that the indebtedness of Chris Kosachuk with respect to that certain judgment issued by the Supreme Court, County of New York, under Index No. 103896/2004 in favor of Eugenia Lorret and against Chris Kosachuk in the sum of $150,732.45 accounting for $108,293.54, plus interest of $41,388.91 from November 25, 2002, plus costs of $1,050, and which judgment was thereafter modified and reduced on May 12, 2008 to the sum amount of $48,293.54, plus costs of $1,050, plus interest from November 25, 2002, and which judgment was assigned to 9197-5904 Quebec, Inc. on December 15, 2009 by Assignment of Judgment, and which judgment was further assigned to SRS Techonologies Professionals, LLC by Assignment of Judgment, dated February 10, 2014, Index No. 103896/2004, and Corrected Assignment of Judgment, dated February 10, 2014, is hereby cancelled nunc pro tunc to July 6, 2012.

5.    This Final Judgment may be recorded as a matter of public record.

6.    This Final Judgment is effective immediately upon entry and this Court shall retain jurisdiction to, among other things, interpret, implement, and enforce the terms and provisions of this Order and Final Judgment.

7.    Chris Kosachuk shall be entitled to writs of execution and all other legal process to enforce this Final Judgment permitted by Federal Rules of Bankruptcy Procedure, the Federal Rules of Civil Procedure and applicable law.

March 24th 2015

BY THE COURT:

The Honorable Jean K. FitzSimon
United States Bankruptcy Judge

118113055_1

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re                                                Chapter 7
Christopher Kosachuk A/K/A Chris Kosachuk
   Debtor                                            Bankruptcy No. 12-16438-JKF

### CERTIFICATION OF JUDGMENT FOR
### REGISTRATION IN ANOTHER DISTRICT

I, Timothy B. McGrath, Clerk of the Bankruptcy Court of this district do certify that the attached judgment is a true and correct copy of the original judgment entered in the above entitled proceeding on March 24, 2015 as it appears of record in my office, and that:

(X)   No notice of appeal from this judgment has been filed, and no motion of the kind set forth in Federal Rule of Civil Procedure 60, as made applicable by Bankruptcy Rule 9024, has been filed.

( )   No notice of appeal from this judgment has been filed, and any motions of the kind set forth in Federal Rule of Civil Procedure 60, as made applicable by Bankruptcy Rule 9024, have been disposed of, the latest order disposing of such a motion having been entered on .

( )   An appeal was taken from this judgment, and the judgment was affirmed by mandate of the issued on .

( )   An appeal was taken from this judgment, and the appeal was dismissed by order entered on .

Timothy B. McGrath
CLERK

By: Freda Ford
Deputy Clerk

__5/5/15__
Date

C:\Users\ALFRED~1\AppData\Local\Temp\notes95E17C\12-16438 cert. of judgment.docx

# UNITED STATES BANKRUPTCY COURT
## Southern District of Florida www.flsb.uscourts.gov

In re _____,  )
                  Debtor                )    Case No. 15-MP-101-AJC
                                        )
       CHRISTOPHER KOSACHUK,    )    Chapter _____
               Plaintiff               )
vs.                                      )
       9197-5904 QUEBEC, INC,      )    Adv. Proc. No. _____
               Defendant            )

## WRIT OF EXECUTION TO THE UNITED STATES MARSHAL

| Name and Address of Judgment Creditor | Amount of Judgment: |
|---|---|
| CHRISTOPHER KOSACHUK<br>854 PHEASANT RUN RD.<br>WEST CHESTER, PA 19382-8144 | $ 1,181,344.29<br><br>Other Costs:<br><br>$ _____ |

vs.

| Name and Address of Judgment Debtor | |
|---|---|
| 9197-5904 QUEBEC, INC.<br><br>6913 VALENCIA DR.<br><br>FISHER ISLAND, FL 33109 | DATE OF ENTRY<br>MARCH 24, 2015 |

**TO THE UNITED STATES MARSHAL FOR THE SOUTHERN DISTRICT OF FLORIDA:**
    You are directed to levy upon the property of the above named judgment debtor to satisfy a money judgment in accordance with the attached instructions.

**TO THE JUDGMENT DEBTOR:**
    You are notified that federal and state exemptions may be available to you and that you have a right to seek a court order releasing as exempt any property specified in the marshal's schedule from the levy.

                                    CLERK OF COURT

                                      By:_____
_____
    Date                                              Deputy Clerk

LF-57 (rev. 12/01/09)