# UNITED STATES BANKRUPTCY COURT
### Southern District of Florida www.flsb.uscourts.gov


copy of original

In re _____,
Debtor

CHRISTOPHER KOSACHUK
Plaintiff

vs.

9197-5904 QUEBEC, INC,
Defendant

Case No. 15-MP-101-AJC

Chapter _____

Adv. Proc. No. _____

OR

FILED-USBC, FLS-MIA
'24 NOV 27 PM 3:43

## WRIT OF EXECUTION TO THE UNITED STATES MARSHAL

**Name and Address of Judgment Creditor**

CHRISTOPHER KOSACHUK
854 PHEASANT RUN RD.
WEST CHESTER, PA 19382-8144

Amount of Judgment:

$ 1,181,344.29

Other Costs:

$ _____

vs.

**Name and Address of Judgment Debtor**
9197-5904 QUEBEC, INC.

6913 VALENCIA DR.

FISHER ISLAND, FL 33109

DATE OF ENTRY
MARCH 24, 2015

**TO THE UNITED STATES MARSHAL FOR THE SOUTHERN DISTRICT OF FLORIDA:**
You are directed to levy upon the property of the above named judgment debtor to satisfy a money judgment in accordance with the attached instructions.

**TO THE JUDGMENT DEBTOR:**
You are notified that federal and state exemptions may be available to you and that you have a right to seek a court order releasing as exempt any property specified in the marshal's schedule from the levy.

11/27/2024
Date

CLERK OF COURT
By: Olga Rodriguez
Deputy Clerk

LF-57 (rev. 12/01/09)