UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

FILED-USBC, FLS-MIA
'24 DEC 2 AM 10:45

Case No. 15-101-AJC

CHRISTOPHER KOSACHUK,

    Plaintiff/Judgment Creditor

v.

9197-5904 QUEBEC, INC.,

    Defendant/Judgment Debtor
_____/

## MOTION TO REOPEN CASE

Christopher Kosachuk, *pro se*, hereby moves to reopen this case for execution proceedings and to take judicial notice of sealed documents from the case of *In Re: Christopher Kosachuk*, Case No. 12-16438-JKF*SEALED* EDPA under seal in this case, with a Motion to File Sealed Documents Under Seal filed herewith. In support, Mr. Kosachuk states:

1. This case involves the registration in this Court of a $1,181,344.29 judgment (the "FitzSimon Judgment") entered by the Honorable Jean K. FitzSimon on March 24, 2015 in the United States Bankruptcy Court for the Eastern District of Pennsylvania and domesticated in 11th Judicial Circuit in and for Miami-Dade County, Florida on October 26, 2023.

2. The FitzSimon Judgment was the result of 9197-5904 Quebec, Inc. ("Quebec") filing a bad faith involuntary bankruptcy petition against Mr. Kosachuk wherein Judge FitzSimon sealed the bankruptcy case.

3. While the seal was mean to protect Mr. Kosachuk from any reputational harm as a result of the involuntary bankruptcy filing, it has also shielded Quebec as the truly

Plaintiff Christopher Kosachuk's Motion to Reopen
Kosachuk v. Quebec, Case No. 15-101-AJC

reprehensible conduct of Quebec and its attorneys of record have also been sealed from public view and this Court.

4. The FitzSimon Judgment remains wholly unsatisfied and execution proceedings have begun.

5. At the hearing on March 24, 2015 wherein Judge FitzSimon meticulously justifies the entry of her punitive and compensatory sanctions and damages judgment and the declaration that the involuntary bankruptcy was a bad faith filing. Judge FitzSimon said "I do think it does go substantially toward correcting the evil that was visited upon Mr. Kosachuk. Nonetheless, the behavior [of Quebec and its counsel] as I have just described to me is so egregious and so reprehensible that I am going to order the award of a five times multiple with regard to punitive damages, and that will be a five times multiple on the entire approximately $200, 000 that's been incurred in attorney's fees". [*See* March 24, 2015 Transcript p. 19 lines 13-17 from Motion to Seal].

6. Judge FitzSimon later said: "The Court must ensure that Quebec can no longer continue to wage ware [*sic*] on Mr. Kosachuk." [*See* March 24, 2015 Transcript p. 16 lines 11-12 from Motion to Seal].

7. The third document, that movant seeks to file under seal is the order of the Honorable Wendy Beetlestone affirming Judge FitzSimon in all aspects of her March 24, 2015 Judgement and the Order Denying the Motion for Extension of Time.

8. The order of the Third Circuit Court of Appeals affirming Judge Beetlestone is already on the docket in this case. [*See* Doc. .

**WHEREFORE**, for the reasons set forth above, Mr. Kosachuk respectfully requests that the Court grant this Motion to Reopen and thereafter grant the Motion to File Sealed

Plaintiff Christopher Kosachuk's Motion to Reopen
Kosachuk v. Quebec, Case No. 15-101-AJC

Documents Under Seal and then Take Judicial Notice of Same and grant such other and further relief as the Court deems appropriate.

Dated: 2nd day of December, 2024.

Respectfully submitted,

Christopher Kosachuk
*Pro Se Movant, Plaintiff & Judgment Creditor*
854 Pheasant Run Rd.
West Chester, PA 19382-8144
(305) 490-5700
chriskosachuk@gmail.com

Plaintiff Christopher Kosachuk's Motion to Reopen
Kosachuk v. Quebec, Case No. 15-101-AJC

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of foregoing was delivered to the Clerk of Court who will electronically file it and serve it upon all parties of record as indicated on this 2nd day of December, 2024.

|  | Christopher Kosachuk<br>*Pro Se Movant, Plaintiff & Judgment Creditor*<br>854 Pheasant Run Rd.<br>West Chester, PA 19382-8144<br>(305) 490-5700<br>chriskosachuk@gmail.com |
|---|---|

## SERVICE LIST

### Via CM/ECF/Email

Joel Aresty, Esq. attorney for 9197-5904 Quebec, Inc.
aresty@mac.com

Todd Mosser, Esq. attorney for 9197-5904 Quebec, Inc.
todd@mosserlegal.com