UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 15-101-LMI

FILED-USBC, FLS-MIA
'24 DEC 3 PM 1:30

CHRISTOPHER KOSACHUK,

    Plaintiff/Judgment Creditor

v.

9197-5904 QUEBEC, INC.,

    Defendant/Judgment Debtor
_____/

### PLAINTIFF CHRISTOPHER KOSACHUK'S *PRO SE* MOTION TO REGISTER AS ECF FILING USER IN THIS COURT

Plaintiff, Christopher Kosachuk ("Kosachuk"), *pro se,* files this Motion to Register as ECF Filing User in this Court and avers the following:

**That** I am the *pro se* Plaintiff/Judgment Creditor in this case.

**That** I consent to the Court and all counsel using my email address, as listed below, for the purpose of sending me electronic notification of orders, notices, and other documents that are filed in this case. I understand that hard (paper) copies will no longer be sent by the Court or opposing counsel. By consenting to electronic notice, I understand that I am responsible for maintaining a current email address with the Court.

**That** I have provided and will maintain a current email address and mailing address with the Court. I will file a Notice of Change of Address Form conventionally (i.e., mail or in person) immediately if my email or mailing address changes while the above case is pending. I am responsible for maintaining an email account sufficient to receive notifications, on a daily basis, from the Court and opposing counsel. I also understand that electronic mail filter software (SPAM filters) may interfere with my receipt of email notifications and will ensure that any such

Plaintiff Christopher Kosachuk's Motion to Register as ECF User
Kosachuk v. Quebec, Case No. 15-101-LMI

software installed on my computer or network will not filter out messages from

**FLSB_ECF_Notification@flsb.uscourts.gov.**

**That** I am responsible for managing my email account and am responsible for others who may have access to my email account.

**That** I have already registered for an upgraded PACER account (Public Access to Court Electronic Records) registered to my email address below with a user name of Kosachuk.

**That** I have already taken the online classes on how to file documents using the electronic filing systems maintained by the federal courts.

**That** I have ECF privileges with the United States Court of Appeals for the Eleventh Circuit as well as other bankruptcy courts and district courts outside of the Eleventh Circuit.

**That** I understand that when documents are entered in CM/ECF, a Notice of Electronic Filing (NEF) will be sent to my email address, which will contain a hyperlink to the document in PACER. I also understand that pursuant to PACER's policy, I will be allowed one "free look" at the document and that it is recommended that I print or download the document at that time because after the one "free look", normal PACER fees will apply. I also understand that the hyperlink to access the document will expire after I first access the document or after 15 days, whichever comes first.

**That** I am responsible for maintaining my PACER account while the above case is pending, including any incurred fees.

**That** I understand and will comply with the following computer hardware and software requirements necessary to receive electronic notices via the CM/ECF system: Windows or Macintosh operation system; JavaScript enabled browser; and Internet Explorer or Firefox or

Plaintiff Christopher Kosachuk's Motion to Register as ECF User
Kosachuk v. Quebec, Case No. 15-101-LMI

other browser supported by CM/ECF. I also understand that high speed internet access is strongly and I have high speed internet access.

**That** I further understand that receiving of Notices of Electronic Filings (NEF) is a privilege, not a right, and may be rescinded by the Court at any time, without notice, at which time notices will be provided via the U.S mail.

**That** I have my own laptop computer, with high speed internet access. I am computer literate with the requisite skills and computer software to file and receive documents using the ECF system.

**That** I do not receive notices from the Delaware Bankruptcy Court in a timely manner.

**That** I do not electronically receive notices from other parties in this bankruptcy because they fail to email them to me.

**That** I am highly prejudiced by not receiving electronic notices as well as the cost and inconvenience of being required to paper file documents.

**That** there is no prejudice to any other party in this case if I am granted electronic filing access in this Court.

**Wherefore**, the undersigned hereby agrees to the above conditions and hereby motions to register as ECF Filing User before this Court, and elects to electronically receive Notices of Electronic Filing (NEF) to the email address listed below while the above case is pending

Dated: 2nd day of December, 2024.

Respectfully submitted,

Plaintiff Christopher Kosachuk's Motion to Register as ECF User
Kosachuk v. Quebec, Case No. 15-101-LMI

|  | Christopher Kosachuk<br>*Pro Se Movant, Plaintiff & Judgment Creditor*<br>854 Pheasant Run Rd.<br>West Chester, PA 19382-8144<br>(305) 490-5700<br>chriskosachuk@gmail.com |
|---|---|

Plaintiff Christopher Kosachuk's Motion to Register as ECF User
Kosachuk v. Quebec, Case No. 15-101-LMI

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of foregoing was delivered to the Clerk of Court who will electronically file it and serve it upon all parties of record as indicated on this 2nd day of December, 2024.

|  | Christopher Kosachuk<br>*Pro Se Movant, Plaintiff & Judgment Creditor*<br>854 Pheasant Run Rd.<br>West Chester, PA 19382-8144<br>(305) 490-5700<br>chriskosachuk@gmail.com |
|---|---|

## SERVICE LIST

### Via CM/ECF/Email

Joel Aresty, Esq. attorney for 9197-5904 Quebec, Inc.
aresty@mac.com

Todd Mosser, Esq. attorney for 9197-5904 Quebec, Inc.
todd@mosserlegal.com