## UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| CHRISTOPHER KOSACHUK,<br>  Plaintiff,<br>vs.<br>9197-5904 QUEBEC, INC,<br>  Defendant.<br>_____/ | Case #: 15-MP-101-LMI |

### Motion to Continue 12/18/24 9:30 AM hearings

Defendant moves to continue the 12/18/24 9:30 Am hearings due to unavailability of counsel, and respectfully represents the following to the court:

Undersigned is unavailable 12/16/24-12/30/24 and again 1/14/25-1/22/25 for family vacations out of town, and moves to continue the following hearings:

| | | | |
|---|---|---|---|
| 12/05/2024 | | 21<br>(1 pg) | Notice of Hearing (Re: 16 Emergency Motion to Strike Chris Kosachuks fraudulent Motion For Writ of Execution [D.E. 6] and fraudulent Writ of Execution [D.E 7] (the The Writ of execution), and file their motion to transfer this closed case to pending case involving same parties case 1:24-cv-23089-KMM *and for sanctions* Filed by Interested Party Liza Hazan) Hearing scheduled for 12/18/2024 at 09:30 AM by Video Conference. (Sanabria, Noemi) (Entered: 12/05/2024) |
| 12/05/2024 | | 20<br>(1 pg) | Notice of Hearing (Re: 13 Motion Plaintiff Christopher Kosachuk's Pro Se Motion to Register as ECF Filing User in this Court Filed by Debtor Christopher Kosachuk) Hearing scheduled for 12/18/2024 at 09:30 AM by Video Conference. (Sanabria, Noemi) (Entered: 12/05/2024) |
| 12/05/2024 | | 19<br>(1 pg) | Notice of Hearing (Re: 12 Motion Verified Motion for Proceedings Supplementary, for |

| | | | |
|---|---|---|---|
| | | | Order Imp leading Additional Defendants and for Assignment and/or U.S. Marshal's Sale of Choses In Action Filed by Debtor Christopher Kosachuk) Hearing scheduled for 12/19/2024 at 09:30 AM by Video Conference. (Sanabria, Noemi) (Entered: 12/05/2024) |
| 12/05/2024 | | [18](#) (1 pg) | Notice of Hearing (Re: [10](#) Motion to File Document UNDER SEAL. This Document **WILL** be Available for Public Viewing. Filed by Debtor Christopher Kosachuk ) Hearing scheduled for 12/18/2024 at 09:30 AM by Video Conference. (Sanabria, Noemi) (Entered: 12/05/2024) |
| 12/05/2024 | | [17](#) (1 pg) | Notice of Hearing (Re: [9](#) Motion to Reopen Case Filed by Debtor Christopher Kosachuk) Hearing scheduled for 12/18/2024 at 09:30 AM by Video Conference. (Sanabria, Noemi) (Entered: 12/05/2024) |

Undersigned has conferred with Chris Kosachuk about the motion at bar, who does not consent to the continuance requested.

Undersigned has obtained a hearing date of January 30, 2025 at 9:30 AM from the Court, which is available for undersigned.

There is no good reason to rush this hearing. This is a 2015 case in which there has been no activity from 5/7/15 when a foreign judgment was purported to be registered.

This case was closed 1/15/19 and has not yet been reopened.

Nothing else has happened. The judgment registration was deficient in that there was no certification AO451, Clerk's Certification of a Judgment to be Registered in Another District.

Mr. Kosachuk waited 6 years and did nothing– and can wait a little longer.

Undersigned is in New York the week 12/17/24 until year end for family vacation, and then in Orlando January 14-21 also for family vacation.

Wherefore undersigned respectfully requests a continuance of the hearings to January 30, 2025 at 9:30 AM or a mutually convenient date

Respectfully submitted, 12/6/24

**JOEL M. ARESTY, P.A.**

**Board Certified Business Bankruptcy Law**
309 1st Ave S
Tierra Verde, FL 33715
Fax: 800-559-1870
Phone: (305) 904-1903
S:/ Joel M. Aresty
Joel M. Aresty,
ESQ Fla. Bar No. 197483
aresty@Mac.com

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of foregoing was served via CM/ECF And email to Chris Kosachuk chriskosachuk@gmail.com

Case 15-00101-LMI    Doc 22    Filed 12/06/24    Page 4 of 4