## UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA

CHRISTOPHER  KOSACHUK,                              Case #: 15-MP-101-LMI
    Plaintiff,
vs.
9197-5904 QUEBEC, INC,
    Defendant.
_____/

### Motion to Continue 12/10/24 10:45 AM  hearings

Defendant moves to continue the 12/10/24 10:45 AM hearing due to unavailability of counsel, and respectfully represents the following to the court :

Undersigned is scheduled to attend a first meeting of creditors via zoom at 10 :30 AM 12/10/24 in case 24-03976 US Bankruptcy Court District of South Carolina representing the mortgagee of a commercial property.

Additionally undersigned is currently scheduled for an in-person hearing in Orlando at 1:30 PM, which has been requested to be heard via zoom, but Judge Vaughan has not yet authorized that, so it is possible undersigned will have to travel to Orlando that morning, a 2-3 hour drive depending on I-4 traffic.

Undersigned has conferred with Chris Kosachuk about the motion at bar, who has not yet replied but usually does not consent to continuances requested.

Undersigned has obtained a hearing date of January 30, 2025 at 9:30 AM from the Court, which is available for undersigned.

There is no good reason to rush this hearing. This is a 2015 case in which there has been no activity from 5/7/15 when a foreign judgment was purported to be registered.

This case was closed 1/15/19 and has not yet been reopened.

Nothing else has happened.

The underlying judgment registration was deficient in that there was no certification AO451, Clerk's Certification of a Judgment to be Registered in Another District.

Mr. Kosachuk waited 6 years and did nothing– and can please wait a little longer.

Undersigned is in New York the week 12/17/24 until year end for family vacation, and then in Orlando January 14-21 also for family vacation.

Wherefore undersigned respectfully requests a continuance of the hearing to a mutually convenient date.

Respectfully submitted, 12/6/24

**JOEL M. ARESTY, P.A.**

**Board Certified Business Bankruptcy Law**
309 1st Ave S
Tierra Verde, FL 33715
Fax: 800-559-1870
Phone: (305) 904-1903
S:/ Joel M. Aresty
Joel M. Aresty,
ESQ Fla. Bar No. 197483
aresty@Mac.com

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of foregoing was served via CM/ECF And email to Chris Kosachuk chriskosachuk@gmail.com