**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
www.flsb.uscourts.gov

In Re:

LIZA HAZAN a/k/a ELIZABETH HAZAN,          Case #15-MP-101-LMI

    Debtor,

_____/

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that true and correct copies of the documents listed below were furnished, by transmission of Notices of Electronic Filing generated by CM/ECF on the date the items was entered on the docket, to those parties registered to receive and Chris Kosachuk via email chriskosachuk@gmail.com

Docket Text: Order Granting In Part [24] Ex Parte Motion to Continue Hearing On: [([22] Motion to Continue/Reschedule Hearing, [23] Notice of Hearing)] filed by Interested Party Liza Hazan, Defendant 9197-5904 QUEBEC, INC,. The Motion is granted insofar as the hearing on ECF #22 has been moved to 12/10/24 at 9:15a.m

Dated: 12/9/24  submitted,

JOEL M. ARESTY, P.A.
Board Certified Business Bankruptcy Law
Attorneys for Debtor
309 1st Ave S
Tierra Verde, FL 33715 Fax: 800-559-1870
Phone: (305) 904-1903
Aresty@Mac.com
By:/s/ Joel M. Aresty, Esq
Fla. Bar No. 197483

4