

**ORDERED in the Southern District of Florida on December 10, 2024.**

**Laurel M. Isicoff, Judge**
**United States Bankruptcy Court**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CHRISTOPHER KOSACHUK,                    CASE NO. 15-MP-00101-LMI

        Plaintiff,

vs.

9197-5904 QUEBEC, INC.,

        Defendant.
_____/

### ORDER ON MOTION TO CONTINUE HEARINGS

THIS CAUSE came before the Court on December 10, 2024 at 9:15 a.m. (the "Hearing") upon the *Motion to Continue 12/18/24 9:30 AM Hearings* (ECF #22) (the "Motion") filed on December 6, 2024 by the Defendant. The Court having considered argument of the parties at the Hearing and for the reasons stated on the record, **ORDERS** as follows:

1. The Motion is **GRANTED.**

2.  All hearings in this matter scheduled for December 18, 2024 at 9:30 a.m. have been re-set to **January 6, 2025 at 9:30 a.m**. at **C. Clyde Atkins U.S. Courthouse, 301 N Miami Ave Courtroom 8** by separate notices of hearing. See ECF ##37-41.

3.  The Court will conduct a preliminary one-hour hearing on all matters on **January 3, 2025 at 1:30 p.m. via Zoom** to determine whether the January 6th hearings require evidence. See ECF #42. If an evidentiary hearing is required, then all parties must appear in person on January 6th. The Zoom registration link is below: https://www.zoomgov.com/meeting/register/vJItfuqurDsoEnWyiKeoSfMa3m888k3mfBM#/registration .

4.  If it is determined on January 3rd that no evidence is required, the Court will consider whether the January 6th hearing can be conducted remotely.

# # #

Copy furnished to:
Joel Aresty, Esq.

*Attorney Aresty is directed to serve a copy of this Order on interested parties who do not receive service by CM/ECF, and file a proof of such service within two (2) business days from entry of the Order.*