# UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF FLORIDA

CHRISTOPHER KOSACHUK,            Case: 15-MP-101-LMI
     Plaintiff,
vs.
9197-5904 QUEBEC, INC,
     Defendant.

## Notice of Filing and Request for Judicial Notice

Defendant files and serves this notice of filing of the attached 9197-5904 QUEBEC, INC.'S NOTICE OF PENDING MATTERS AND MOTION TO TRANSFER AND MEMORANDUM OF LAW in the district court withdrawal of reference case and respectfully requests judicial notice of the filing.

Respectfully submitted 1/2/25

**JOEL M. ARESTY, P.A.**

**Board Certified Business Bankruptcy Law**
309 1st Ave S
Tierra Verde, FL 33715
Fax: 800-559-1870
Phone: (305) 904-1903
S:/ Joel M. Aresty
Joel M. Aresty
Fla. Bar No. 197483
aresty@Mac.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of foregoing was served via CM/ECF And email to Chris Kosachuk chriskosachuk@gmail.com

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CHRISTOPHER KOSACHUK,          Case #: 1:24-cv-25113-MD

    Plaintiff,

vs.

9197-5904 QUEBEC, INC,

    Defendant.
_____/

**9197-5904 QUEBEC, INC.'S NOTICE OF PENDING MATTERS
AND MOTION TO TRANSFER AND MEMORANDUM OF LAW**

    9197-5904 QUEBEC, INC, (Quebec) through undersigned counsel, files this notice of pending matters and Motion to transfer this case to the pending case involving the same parties, case **1:24-cv- 23089-KMM**, incorporates a memorandum of law, and respectfully represents:

    This is an action to withdraw reference of case 15-00101-LMI from the bankruptcy court. The same case sought to be withdrawn consisting of a foreign judgment is currently pending before Judge Michael Moore involving the same parties, and pro se plaintiff, case **1:24-cv-23089-KMM** and a prior case 18−mc−25369−KMM.

    On November 25. 2024, a trial was set on May 19, 2025, by the Honorable Judge Michael Moore. [D.E. 24] in case **1:24-cv-23089-KMM**.

    The transmittal of this case DE 2 states PLEASE NOTE: Movant has Designated Items from USDC cases 18−mc−25369−KMM AND 24−cv−23089−KMM, which are NOT being uploaded in to this new case, as they are already part of USDC's records.

    The case being withdrawn is the third case filed by the same pro se plaintiff involving the same foreign judgment pending in this court and should therefore be transferred to Judge Moore.

    WHEREFORE, Quebec respectfully requests that the Court Order the Clerk to transfer this case to the pending case 1:24-cv-23089-KMM before the honorable Judge Michael Moore

involving same cause and parties; and grant other relief that this court may deem just and proper

Certificate of Good Faith Conference re the Motion in accordance with the Local Rule: Plaintiff has been requested to agree to no opposition but has not responded or agreed with the relief requested. Local Rule 7.1(a)(3) provides that counsel for the movant must "confer with all parties... in a good faith effort to resolve the issues in the motion" and must include that certification at the end of the motion, and above the signature block.

## CERTIFICATE OF SERVICE

**WE HEREBY CERTIFY** that on this 1st day of January, 2025 I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Filing. Chris Kosachuk, on behalf of Plaintiff; chriskosachuk@gmail.com

Respectfully submitted,

JOEL M. ARESTY, P.A.
Counsel for Defendant
309 1st Ave S
Tierra Verde FL 33715
Phone: 305-904-1903
Fax:1- 800-599-1870
Email:Aresty@Mac.com
By:/s Joel M. Aresty
Fla. Bar No. 197483