

ORDERED in the Southern District of Florida on January 3, 2025.

Laurel M. Isicoff, Judge
United States Bankruptcy Court

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CHRISTOPHER KOSACHUK,   CASE NO. 15-MP-00101-LMI

        Plaintiff,

vs.

9197-5904 QUEBEC, INC.,

        Defendant.
_____/

### ORDER ON MOTION TO CONTINUE JANUARY 6, 2025 HEARINGS AND ABATING CASE

THIS CAUSE came before the Court on January 3, 2025 at 1:30 p.m. (the "Hearing") upon the *Motion to Continue 1/6/25 at 9:30 AM Hearing* (ECF #53) (the "Motion") filed on December 20, 2024 by the Defendant. The Court having considered argument of the parties at the Hearing and for the reasons stated on the record, **ORDERS** as follows:

1. The Motion is **GRANTED** as set forth herein.

2. A motion to withdraw the reference (ECF #26) is currently pending before the district court in Case No. 1:24-cv-25113-KMM.

3. It is not appropriate to proceed on most of the matters pending before this Court until after the motion for withdrawal of the reference (ECF #26) is ruled on by the district court. Thus, until the district court rules on the motion for withdrawal of reference, all pending matters other than the writ of execution, which is addressed separately, are **ABATED**.

4. The Court has also learned that the Plaintiff filed a motion for writ of execution not only in this case but also in Case No. 1:18-mc-25369-KMM pending before the district court. Because the writ of execution entered by this Court duplicates the writ of execution issued by the district court, the Court permanently **STAYS** the execution of the writ issued in this case (ECF #6). The Court's permanent stay of the bankruptcy court writ of execution is not intended to, and shall have no impact on, the writ of execution issued by the district court or any pending objections filed in the district court with respect to that writ of execution.

5. All hearings in this matter scheduled for January 6, 2025 at 9:30 a.m. are **CANCELLED**.

# # #

Copy furnished to:
Joel Aresty, Esq.

*Attorney Aresty is directed to serve a copy of this Order on interested parties who do not receive service by CM/ECF, and file a proof of such service within two (2) business days from entry of the Order.*