

**ORDERED in the Southern District of Florida on January 3, 2025.**

**Laurel M. Isicoff, Judge**
**United States Bankruptcy Court**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CHRISTOPHER KOSACHUK,                    CASE NO. 15-MP-00101-LMI

       Plaintiff,

vs.

9197-5904 QUEBEC, INC.,

       Defendant.

_____/

### <u>ORDER DENYING MOTION TO REGISTER AS ECF FILING USER</u>

THIS CAUSE came before the Court upon *Plaintiff Christopher Kosachuk's Pro Se Motion to Register as ECF Filing User in this Court* (ECF #13) (the "Motion") filed by Plaintiff on December 3, 2024. The Court addressed the Motion at the hearing on January 3, 2025 at 1:30 p.m. (the "Hearing") upon other matters scheduled in this case. For the reasons stated on the record, the Court **ORDERS** as follows:

The Motion is **DENIED**. *Pro se* parties are not permitted to electronically *file* documents with the Court and are required to mail or personally deliver signed and dated documents to the Clerk's Office. However, Plaintiff may register to receive electronic *notices* through the Bankruptcy Noticing Center (BNC). The link to sign-up for electronic notice is as follows:

https://bankruptcynotices.uscourts.gov/overview

# # #

Copy furnished to:
Chris Kosachuk, *pro se* Plaintiff

*The Clerk of Court  is directed to serve a copy of this Order on interested parties who do not receive service by CM/ECF.*